MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SB CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JEAN SWIM, ) | Case No. 1:11-cv-02128-NJV |
|     Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER FOR |
| v. ) | REMAND PURSUANT TO SENTENCE SIX |
| ) | OF 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

    On remand, the Appeals Council will vacate its prior Notice of Denial dated February 25, 2011, remove Exhibit 17F from the Plaintiff's record, and issue a new action with respect to the Plaintiff's request for review of the decision of the Administrative Law Judge dated September 14, 2009.

Stip. & Proposed Order for Remand, 1:11-CV-02128-NJV

                                        Respectfully submitted,

DATED: July 20, 2011      By:    s/ *Kenneth J. Collins*
                                       [per telephone authorization]
                                       KENNETH J. COLLINS,
                                       Attorney for Plaintiff

DATED: July 20, 2011                 MELINDA L. HAAG
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                  By:    s/ *David Lerch*
                                       DAVID LERCH
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                                         <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated _____                  By:    _____
                                         NANDOR J. VADAS
                                         United States Magistrate Judge