1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SB CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DAVID LERCH, CSBN 229411
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
         Telephone:  (415) 977-8936
7        Facsimile:  (415) 744-0134
8        E-Mail: David.Lerch@ssa.gov
   Attorneys for Defendant
9

10                         UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12 LISA JEAN SWIM,                    )   Case No. 1:11-cv-02128-NJV
13         Plaintiff,                 )
                                      )   STIPULATION AND ~~PROPOSED~~ ORDER FOR
14 v.                                 )   REMAND PURSUANT TO SENTENCE SIX
                                      )   OF 42 U.S.C. § 405(g)
15 MICHAEL J. ASTRUE,                 )
16 Commissioner of Social Security,   )
           Defendant.                 )
17 _____    )

18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel of record, that this action be remanded to the Commissioner of Social Security for
21
   further administrative action pursuant to section 205(g) of the Social Security Act, as amended,
22
23 42 U.S.C. § 405(g), sentence six.

24     On remand, the Appeals Council will vacate its prior Notice of Denial dated February 25,

25 2011, remove Exhibit 17F from the Plaintiff's record, and issue a new action with respect to the
26
   Plaintiff's request for review of the decision of the Administrative Law Judge dated September
27
28 14, 2009.

   Stip. & Proposed Order for Remand, 1:11-CV-02128-NJV

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |

DATED:   July 20, 2011          By:   s/ *Kenneth J. Collins*
                                      [per telephone authorization]
                                      KENNETH J. COLLINS,
                                      Attorney for Plaintiff


DATED:   July 20, 2011                MELINDA L. HAAG
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                By:   s/ *David Lerch*
                                      DAVID LERCH
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated  July 25, 2011          By:   _____
                                    NANDOR J. VADAS
                                    United States Magistrate Judge

Stip. & Proposed Order for Remand, 1:11-CV-02128-NJV                                    2