MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone: (415) 977-8936
     Facsimile: (415) 744-0134
     E-Mail: David.Lerch@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JEAN SWIM,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:11-cv-02128-NJV<br><br>STIPULATION AND ORDER TO REOPEN |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be reopened.

On July 25, 2011, the Court remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six. On August 18, 2011, the Appeals Council vacated its prior denial of Plaintiff's request for review dated February 25, 2011, removed Exhibit 17F from the Plaintiff's record, and again denied Plaintiff's request for review of the decision of the Administrative Law Judge dated September 14, 2009.

Stip. & Proposed Order to Reopen, 1:11-CV-02128-NJV

The parties now stipulate to reopen this matter for resolution before this Court. Upon receiving the Court's order reopening this matter, the Commissioner will file the answer and the administrative transcript.

                                                Respectfully submitted,

DATED: September 15, 2011    By:    s/*Kenneth J. Collins*
                                                      [per email authorization]
                                                      KENNETH J. COLLINS,
                                                      Attorney for Plaintiff

DATED: September 16, 2011        MELINDA L. HAAG
                                                      United States Attorney
                                                      DONNA L. CALVERT
                                                      Acting Regional Chief Counsel, Region IX
                                                      Social Security Administration

                                            By:    *s/ David Lerch*
                                                      DAVID LERCH
                                                      Special Assistant United States Attorney
                                                      Attorneys for Defendant

                                                      <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 19, 2011                  By: _____
                                                  NANDOR J. VADAS
                                                  United States Magistrate Judge