1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                     EUREKA DIVISION

11

12 | LISA JEAN SWIM,                         | Civil No.:  11-CV-02128 NJV
13 |         Plaintiff,                       | ORDER AND STIPULATION IN
   |                                          | SUPPORT OF PLAINTIFF'S
14 |    vs.                                   | REQUEST FOR EXTENSION OF
   |                                          | TIME
15 | MICHAEL J. ASTRUE, Commissioner of Social|
16 | Security,                                |
17 |         Defendant                        |

18

19      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20 approval of the Court, that plaintiff Lisa Swim may have an extension until November 17, 2011, in

21 which to file plaintiff's motion for summary judgment.

22      This is plaintiff's first request for an extension of time in this matter.

23

24 Dated:  October 26, 2011                    s/s Kenneth J. Collins
                                               KENNETH J. COLLINS
25                                             Attorney for Plaintiff

1  Dated: October 26, 2011                    Melinda Haig, authorized by email
2                                             Special Assistant U.S. Attorney

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  Dated: November 1, 2011                    _____
6                                             NANDOR J. VADAS
                                              United States Magistrate Judge

Stipulation In Support Of Plaintiff's Request For Extension Of Time
-2-