KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA JEAN SWIM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant | Civil No.:  11-CV-02128 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S DISMISSAL OF COMPLAINT |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Lisa Swim dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.


Dated:  December 2, 2011　　　　　　　　　　　/s/ Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1  Dated: December 2, 2011        MELINDA L. HAAG
                                  United States Attorney
2                                 /s/ David Lerch
                                  DAVID LERCH
3                                 Special Assistant United States Attorney
                                  Attorneys for Defendant
4

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
          December 2, 2011                    [signature]
8  Dated: _____    _____
                                            NANDOR J. VADAS
9                                           United States Magistrate Judge