KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA JEAN SWIM,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant | Civil No.:  11-CV-02128 NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S DISMISSAL OF COMPLAINT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Lisa Swim dismisses the Complaint in the above-captioned case, each party to bear its own fees, costs, and expenses.


Dated:  December 2, 2011                           /s/ Kenneth J. Collins
                                                   KENNETH J. COLLINS
                                                   Attorney for Plaintiff

1  Dated:  December 2, 2011                    MELINDA L. HAAG
                                               United States Attorney
2                                              /s/ David Lerch
                                               DAVID LERCH
3                                              Special Assistant United States Attorney
                                               Attorneys for Defendant
4

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
            December 2, 2011
8  Dated: _____              _____
                                               NANDOR J. VADAS
9                                              United States Magistrate Judge

Stipulation In Support Of Plaintiff's Dismissal of Complaint
-2-